No. 260. BUCHANAN ET AL. *v.* EVANS ET AL. C. A. 3d Cir. Certiorari denied. *Joseph Donald Craven,* Attorney General of Delaware, *Frank O'Donnell, Jr.,* Chief Deputy Attorney General, and *F. Alton Tybout,* Deputy Attorney General, for petitioners. *Louis L. Reddings* for Evans et al., and *James M. Tunnell, Jr.* for the Local School Boards of the Districts of Milford, Seaford, Laurel and Greenwood, respondents.

No. 264. DELUCIA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Wm. Scott Stewart* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 265. MCNEIL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Elliott R. Katz* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 268. SEABOARD AIR LINE RAILROAD CO. *v.* SARASOTA-FRUITVILLE DRAINAGE DISTRICT. C. A. 5th Cir. Certiorari denied. *Morris E. White* for petitioner. *Charles E. Early* for respondent.

No. 275. PAN AMERICAN WORLD AIRWAYS, INC., *v.* CIVIL AERONAUTICS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Henry J. Friendly* and *Robert G. Barnard* for petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen, Franklin M. Stone* and *O. D. Ozment* for respondent.